# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGHIEM D. DANG,<br><br>    Petitioner,<br><br>  v.<br><br>L.S. MCEWAN, Warden,<br><br>    Respondent. | Civil No. 11-1955-BTM(WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR STAY AND ABEYANCE** |

  On July 28, 2011, Petitioner, proceeding *pro se*, submitted a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 along with a Motion to Stay the proceedings. In accordance with Rule 4 of the rules governing petitions for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254, and upon a preliminary review of the Petition and Petitioner's Motion for Stay, **IT IS ORDERED** that:

  1. The Clerk of this Court shall promptly (a) serve a copy of the Petition, the Motion for Stay, and a copy of this Order on the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

  2. Petitioner shall file, **no later than December 2, 2011**, a document entitled "Supplemental Motion for Stay and Abeyance." In this document, Petitioner shall address how he has satisfied the requirements for granting a stay and abeyance set forth by the United States Supreme Court in Rhines v. Weber, 544 U.S. 269 (2005). In Rhines, the Court stated that a

1 petitioner must show he "had good cause for his failure to exhaust, his unexhausted claims are
2 potentially meritorious, and there is no indication that the petitioner engaged in intentionally
3 dilatory litigation tactics." Id. at 278;

4     3.    Respondent may file, **no later than December 23, 2011**, an Opposition to
5 Petitioner's Motion for Stay and Abeyance addressing whether Petitioner meets the standard set
6 forth in Rhines; and

7     4.    Petitioner may file, **no later than January 13, 2012**, a Reply to Respondent's
8 Opposition.

9     **IT IS SO ORDERED.**
10 DATED: October 31, 2011

                              Hon. William V. Gallo
                              U.S. Magistrate Judge