1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   NGHIEM D. DANG,                              Civil No.    11-1955-BTM(WVG)
12                              Petitioner,
13                   v.                           **ORDER SETTING BRIEFING**
                                                  **SCHEDULE ON MOTION FOR**
14   L.S. MCEWAN, Warden,                         **STAY AND ABEYANCE**
15
                                Respondent.
16

17

18          On July 28, 2011, Petitioner, proceeding *pro se*, submitted a Petition for Writ of *Habeas*
19   *Corpus* pursuant to 28 U.S.C. § 2254 along with a Motion to Stay the proceedings. In
20   accordance with Rule 4 of the rules governing petitions for a writ of *habeas corpus* pursuant to
21   28 U.S.C. § 2254, and upon a preliminary review of the Petition and Petitioner's Motion for
22   Stay, **IT IS ORDERED** that:
23          1.      The Clerk of this Court shall promptly (a) serve a copy of the Petition, the Motion
24   for Stay, and a copy of this Order on the Attorney General for the State of California, or his
25   authorized agent; and (b) serve a copy of this Order on Petitioner.
26          2.      Petitioner shall file, **no later than December 2, 2011**, a document entitled
27   "Supplemental Motion for Stay and Abeyance." In this document, Petitioner shall address how
28   he has satisfied the requirements for granting a stay and abeyance set forth by the United States
     Supreme Court in Rhines v. Weber, 544 U.S. 269 (2005). In Rhines, the Court stated that a

1    petitioner must show he "had good cause for his failure to exhaust, his unexhausted claims are

2    potentially meritorious, and there is no indication that the petitioner engaged in intentionally

3    dilatory litigation tactics." Id. at 278;

4         3.      Respondent may file, **no later than <u>December 23, 2011</u>**, an Opposition to

5    Petitioner's Motion for Stay and Abeyance addressing whether Petitioner meets the standard set

6    forth in <u>Rhines</u>; and

7         4.      Petitioner may file, **no later than <u>January 13, 2012</u>**, a Reply to Respondent's

8    Opposition.

9         **IT IS SO ORDERED.**

10   DATED: October 31, 2011

11

12                                        _____
                                          Hon. William V. Gallo
13                                        U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28